**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01140-REB-BNB

ALAN DEATLEY, an individual,

    Plaintiff,

v.

MARTIN STUART, an individual, and
JOLIE MASTERSON, an individual,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#56] entered by Judge Robert E. Blackburn on February 24, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendations stated in the **Recommendation of United States Magistrate Judge and Order** [#51] filed November 15, 2013, are **APPROVED** and **ADOPTED** as an order of this court;

2. That this case is **DISMISSED** without prejudice as a sanction for the failure of the plaintiff to comply with the order [#43] of this court requiring the plaintiff to post a cost bond;

3. That the **Defendants' Motion To Dismiss for Failure To File Certificate of Review** [#30] filed August 14, 2013, is **DENIED** as moot;

4. That **JUDGMENT IS ENTERED** in favor of the defendants, Martin Stuart and Jolie Masterson against the plaintiff, Alan DeAtley;

5. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 25th day of February, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
    Kathleen Finney
    Deputy Clerk